# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EBRAHIM CHOWDHURY,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 22-1766 (CKK) |

## ORDER
(October 24, 2022)

Upon consideration of Defendants' [7] Consent Motion to Transfer and Extend, and in light of Plaintiff's consent thereto, it is this 24th day of October, 2022, hereby

**ORDERED** that Defendants' Defendants' [7] Consent Motion to Transfer and Extend. It is further

**ORDERED**, that Defendants' time to respond to the complaint is extended to the latter of (a) 21 days after this action is docketed in the transferee district or (b) October 24, 2022. It is further

**ORDERED**, that the Clerk of Court shall transfer this action to the United States District Court for the Northern District of Texas.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　United States District Judge